JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI ANN KAPANOSKE AND GERALD E. KAPANOSKE, JR.,<br><br>        Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC and DOES 1-10, inclusive,<br><br>        Defendants. | **CASE NO:  5:17-cv-00804-BRO-KK**<br><br>**ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br><br>**Assigned for All Purposes to Hon. Beverly Reid** |

Based upon the Stipulation submitted by and between TERI ANN KAPANOSKE AND GERALD E. KAPANOSKE, JR ("Plaintiffs"), on the one hand, and defendants WELLS FARGO BANK, N.A. and NBS DEFAULT SERVICES, LLC ("Defendants"), on the other hand, it is hereby ORDERED, ADJUDGED AND DECREED:

Plaintiffs' Complaint as to defendants WELLS FARGO BANK, N.A. and NBS DEFAULT SERVICES, LLC,  are DISMISSED WITH PREJUDICE as to the ENTIRE ACTION.  Each party is to bear its own costs.

**IT IS SO ORDERED.**

Dated:   October 2, 2017      By:   _____

                                     UNITED STATES DISTRICT JUDGE